GINA GILBERT WINSPEAR, ESQ.
Nevada Bar No. 005552
gwinspear@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:  (702) 839-1100
Facsimile:  (702) 839-1113
**Attorney for Defendant**
**HORACE MANN INSURANCE COMPANY**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA HERRERA,<br><br>          Plaintiff,<br><br>vs.<br><br>HORACE MANN INSURANCE COMPANY, a Foreign Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>          Defendants. | Case No.: 2:22-cv-00598-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between, JOEL S. HENGSTLER, ESQ. of the law firm of THE 702FIRM, attorney for Plaintiff VERONICA HERRERA; and GINA GILBERT WINSPEAR, ESQ. of the law firm of DENNETT WINSPEAR, LLP, attorney for Defendant HORACE MANN INSURANCE COMPANY, that the within matter be dismissed, with prejudice, with each party to bear their own attorney's fees and costs.

Dated this __5__ day of ~~July,~~ Aug 2022.          Dated this __28__ day of July, 2022.

**DENNETT WINSPEAR, LLP**                              **THE 702FIRM**

By_____                         By_____
GINA GILBERT WINSPEAR, ESQ.                         JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 005552                                Nevada Bar No. 011597
3301 N. Buffalo Drive, Suite 195                     400 South 7th Street, 4th Floor
Las Vegas, Nevada 89129                              Las Vegas, Nevada 89101
Telephone: (702) 839-1100                            Telephone: (702) 776-3333
Facsimile: (702) 839-1113                            Facsimile: (702) 505-9787
**Attorney for Defendant**                           **Attorney for Plaintiff**
**HORACE MANN INSURANCE COMPANY**                    **VERONICA HERRERA**

## ORDER

UPON Stipulation of counsel and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the within matter be, and is hereby dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated this __8__ day of August, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Submitted by:

**DENNETT WINSPEAR, LLP**

By_____
GINA GILBERT WINSPEAR, ESQ.
Nevada Bar No. 005552
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:   (702) 839-1100
Facsimile:    (702) 839-1113
**Attorney for Defendant
HORACE MANN INSURANCE COMPANY**